**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ZAYDA ROSALES

                         Petitioner,

       v.

BRIAN ACUNA ET AL

                       Respondents.

Case No.: 3:26-cv-02067

**JUDGE DONALD E. WALTER**

**MAGISTRATE JUDGE HORNSBY**

## ORDER

IT IS ORDERED that the petition for habeas corpus is hereby dismissed in the above described action.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of August, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE